IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31 PM 2: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| JOHANNA ALBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-2462-D-An |
| | ) | JURY DEMANDED |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Before the Court is Plaintiff's Motion to Amend Scheduling Order filed on August 26, 2005. For good cause shown, the Motion is **GRANTED**. Plaintiff shall have until October 15, 2005 to complete her expert discovery depositions.

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 31, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and /or 79(a) FRCP on ___9/1/05___

(31)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02462 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Benjamin Lundy Daniel
DANIEL LAW FIRM
8 S. Third Street
2nd Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT