IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHNNA ALBERS,

    Plaintiff,

V.                                         Civil No. 04-2462-D-An

WALGREEN CO.,

    Defendant.

---

## ORDER GRANTING MOTION FOR CONTINUANCE OF DISCOVERY DEADLINES AND TRIAL DATE

---

**THIS CAUSE** came on to be heard upon Motion of Plaintiff, Johnna Albers by and through her attorney, Ben L. Daniel for an Order granting Plaintiff's Motion for Continuance of Discovery Deadlines and Trial date.

It appearing to the Court upon statements of counsel and the entire record of this cause, the Motion is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff is allowed a Continuance of Discovery Deadlines and Trial Date and that parties shall have until December 15, 2005 to complete written discovery and depositions that relate exclusively to the "Walgreen Co. incident report"; and that this matter shall be set for trial on the _TBD_ day of _____, 2005.

JUDGE
DATE: October 12, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02462 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Benjamin Lundy Daniel
DANIEL LAW FIRM
8 S. Third Street
2nd Floor
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT