IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 13 PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHNNA ALBERS,

    Plaintiff,

V.                             Civil No. 04-2462-D-An

WALGREEN CO.,

    Defendant.

## ORDER GRANTING MOTION *IN LIMINE* TO ADMIT EVIDENCE

**THIS CAUSE** came on to be heard upon Motion of Plaintiff, Johnna Albers by and through her attorney, Ben L. Daniel for an Order granting Plaintiff's Motion *in limine* to admit the "Walgreen Co. incident report" into evidence.

It appearing to the Court upon statements of counsel and the entire record of this cause, the Motion is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff is allowed to introduce the "Walgreen Co. incident report" into evidence.

JUDGE
DATE: 12-9-2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/14/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02462 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

Benjamin Lundy Daniel
DANIEL LAW FIRM
8 S. Third Street
2nd Floor
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT