IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHNNA ALBERS,

    Plaintiff,

vs.

    Civil No. 04-2462-D-An
    JURY DEMANDED

WALGREEN CO.,

    Defendant.

## PLAINTIFF'S MOTION TO SCHEDULE SETTLEMENT CONFERENCE AND SET TRIAL DATE

**COMES NOW** the Plaintiff, Johnna Albers, by and through her attorney, Ben L. Daniel, and moves this Honorable Court pursuant to Local Rule 16.1 of the Local Rules for the United States District Court for the Western District of Tennessee to enter an Order scheduling all parties to the above mentioned eligible civil action to participate in a settlement conference as it would be the most effective and efficient way to dispose of this cause of action. Further Plaintiff moves this Honorable Court to set the above-styled case for trial, pursuant to Federal Rule of Civil Procedure 40 and Local Rule 83.1 of the Local Rules for the United States District Court for the Western District of Tennessee.

**WHEREFORE,** your Plaintiff prays that this Honorable Court issue an Order of Reference referring all parties to participate in a Settlement Conference in order to attempt to the resolution of the above mentioned cause of action.

...ent entered on the docket sheet in compliance
with ... and/or 79(a) FRCP on _____

**MOTION GRANTED**
DATE: 12-19-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

1

**FURTHER**, your Plaintiff prays that this Honorable Court enters an Order setting the above mentioned cause of action for trial.

DANIEL LAW FIRM

By: _____
Ben L. Daniel, #016049
Attorney for Plaintiff
8 South Third St., Suite 204
Memphis, Tennessee 38103
(901) 525-5555

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02462 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Benjamin Lundy Daniel
DANIEL LAW FIRM
8 S. Third Street
2nd Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT